UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARRON M. W.,[1] <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>KILOLO KIJAKAZI, <br>Acting Commissioner of Social Security, <br><br>　　　　　Defendant. | Case No. 5:20-cv-01644-JGB (MAR) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　　**IT IS THEREFORE ORDERED** that Judgment be entered **REVERSING** the Commissioner's decision **REMANDING** for calculation of benefits only.

Dated: June 30, 2022

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.